UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRA C. SMITH | * | CIVIL ACTION |
| VERSUS | * | No. 18-14317 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | * | SECTION J(2) |
| | * | |
| Related to:  12-968 BELO in MDL 10-2179 | * | |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Report and Recommendation, hereby **ACCEPTS** the Magistrate Judge's Report and Recommendation (Rec. Doc. 8) and adopts it as its opinion in this matter.  Accordingly,

**IT IS ORDERED** that the BP Parties' Motion to Dismiss (Rec. Doc. 4) is **GRANTED** and Plaintiff Debra C. Smith's complaint is **DISMISSED IN PART** as to her claim of legal blindness, with<u>out</u> prejudice to refiling once all BELO suit pre-conditions are met.  Plaintiff's claims for chronic conjunctivitis and chronic dry eye syndrome are not dismissed.

New Orleans, Louisiana, this 8th day of March, 2019.

_____
United States District Judge